## WILLIAM E. CARR vs. WILLIAM T. BUCHANAN.

PARTIES—MISNOMER—INITIAL FOR MIDDLE NAME—OBJECTIONS—AMENDMENT.

The insertion of an initial for a middle name of a defendant having only one Christian name is not ground for a plea in abatement for misnomer, but for convenience in searching public records for liens the court will permit plaintiff to amend the writ and declaration by striking out the initial.

(<em>November</em> 28, 1914.)

Judges BOYCE and. RICE sitting.
*Robert H. Richards* and *Aaron Finger* for plaintiff.
*Caleb E. Burchenal* for defendant.
Superior Court, New Castle County, November Term, 1914.

ACTION OF ASSUMPSIT (No. 65, January Term, 1914) to recover two hundred and fifty dollars for one Rambler automobile sold by the plaintiff to the defendant on May 14, 1913.

William E. Carr brought his action against William Buchanan by the name of William *T.* Buchanan. The defendant has no middle name. The defendant filed a plea in abatement for misnomer. To this plea the plaintiff demurred.

BOYCE, J., delivering the opinion of the court:

Notwithstanding the decisions are inharmonious upon the question raised by the demurrer to the plea in abatement which we will not here review, we are of the opinion that the insertion of the initial T. in the Christian name of the defendant is immaterial, and the demurrer is sustained. But for convenience in searching the public records for liens, the court will permit the plaintiff to amend the writ and the declaration by striking out the said initial, as such an amendment, if made, will not effect a change of party to this action.

The demurrer is sustained.